PHILIP MISCHLER *et al.*

*v.*

THE MUTUAL RESERVE FUND LIFE ASSOCIATION.

*Opinion filed February 21, 1906—Rehearing denied April 5, 1906.*

This case is controlled by the decision in *Bolles* v. *Mutual Reserve Fund Life Ass.* (*ante*, p. 400.)

APPEAL from the Appellate Court for the Third District;—heard in that court on appeal from the Circuit Court of Sangamon county; the Hon. JAMES A. CREIGHTON, Judge, presiding.

A. G. MURRAY, for appellants.

KERRICK & BRACKEN, (GEORGE BURNHAM, Jr., of counsel,) for appellee.

Per CURIAM: In this case judgment was rendered by the court below in favor of appellee and against appellants for $420.10, being the amount found to be due upon a certificate of insurance issued to Philip Mischler on June 7, 1879, by the Covenant Mutual Benefit Association, for $2500. All of the questions involved in this case are considered and determined in the case of *Bolles* v. *Mutual Reserve Fund Life Ass.* (*ante*, p. 400,) and in accordance with the views therein expressed the judgment of the Appellate Court is reversed and that of the circuit court affirmed.

*Judgment reversed.*